**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01421-REB-MJW

FRANKLIN LEE FORTNEY, JR.,

    Plaintiff,

v.

DR. HOWARD,

    Defendant.

---

**ORDER ADOPTING RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is magistrate judge's **Report and Recommendation on Order To Show Cause (Docket No. 15)** [#17],[1] filed October 8, 2014. No objections having been filed to the recommendation, I review it only for plain error. *See **Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no such error in the recommended disposition, I find and conclude that the magistrate judge's recommendation to dismiss plaintiff's claims without prejudice for failure to effectuate timely service of process should be approved and adopted.

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter. ***Morales-Fernandez***, 418 F.3d at 1122. Nevertheless, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See **Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Report and Recommendation on Order To Show Cause (Docket No. 15)** [#17], filed October 8, 2014, is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiff's claims against defendant, Dr. Howard, are **DISMISSED WITHOUT PREJUDICE** for failure to effect timely service of process as required by Fed. R. Civ. P. 4(m); and

3. That judgment without prejudice **SHALL ENTER** on behalf of defendant, Dr. Howard, against plaintiff, Franklin Lee Fortney, Jr, on all claims for relief and causes of action asserted in this action.

Dated November 13, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge